UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

344 PROVIDENCE ROAD REALTY
TRUST, RICHARD J. WUNSCHEL,
and NAUTILUS INSURANCE COMPANY,

    Plaintiffs,

v.

AMERICAN SAFETY RISK RETENTION
GROUP, INC. and ARCHITECTURAL
DELEADING, INC.,

    Defendants

CIVIL ACTION NO.: 04-40197FDS

### AFFIDAVIT OF SERVICE

I, Christina Schenk-Hargrove, state as follows:

    On October 5, 2004, I served the defendant foreign insurance company, American Safety Risk Retention Group, at the Division of Insurance and at the following addresses and in the following manner:

> Legal Department at the Division of Insurance
> One South Station
> Boston, MA 02110
> Certified Mail, Return Receipt Requested
> *Certificate No.: 70030500000232783741*
>
> Steve Crim
> Vice President of Underwriting
> American Safety Retention Group
> 1845 Exchange Street
> Atlanta, GA 30339
> Certified Mail, Return Receipt Requested
> *Certificate No.: 70030500000232783758*
>
> Frederick Treadway
> Registered Agent
> Paul, Frank & Collins, PC
> One Church Street
> Burlington, VT 05402
> *Via first-class mail*

Signed under the pains and penalties of perjury this 7th day of October 2004.

                                /s/ Christina Schenk-Hargrove
                                Christina Schenk-Hargrove