UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC.,<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO.: 04-40197FDS<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF SERVICE

I, Christina Schenk-Hargrove, state as follows:

On October 5, 2004, I served the defendant foreign corporation, Architectural Deleading, Inc., as follows:

> Elliot Pratt
> Registered Agent
> 10-12 Delaware Drive
> Salem, NH 03079
> Certified Mail, Return Receipt Requested
> *Certificate No.: 70030500000232783765*

Signed under the pains and penalties of perjury this 7th day of October 2004.

/s/ Christina Schenk-Hargrove
Christina Schenk-Hargrove