...ERKS OFFICE

SENDER

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X ☐ M   U.S. DISTRICT   ☐ Agent
                                ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
  M                             11 11 1888

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Commonwealth OF MA.
Legal Dept. at the
Division ae Insurance
One South Station
Boston, MA 02110

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7003 0500 0002 3278 3741

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

American Safety Risk E

| | |
|---|---|
| Postage | $ 3.95 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.00 |

Postmark
Here

Sent To        Steve Crim
Street, Apt. No.;  1845 Exchange St.
or PO Box No.
City, State, ZIP+4  Atlanta, GA 30839

7003 0500 0002 3278 3758

PS Form 3800, June 2002          See Reverse for Instructions