

Elliott Pratt
40 Walnut Hill
Amherst, NH
03031

7003 0500 0002 3278 3796