South Middlesex Opportunity Council, Inc.
Gap Filler Lead Paint Abatement Program
Contractor/Owner Deleading Agreement

This agreement made this day hereinafter set forth by and between _Architectural Deleading, Inc_ hereinafter referred to as the "contractor", and _Richard Winschel_, hereinafter referred as the "owner".

WITNESSETH THAT:

WHEREAS, the owner desires to engage the contractor to carry out deleading work on the premises commonly known as _11-21 Sutton St. Northbridge MA 01534_, and;

NOW, THEREFORE, the parties do mutually agree as follows:

1. Employment of Contractor. The owner hereby engages the contractor to perform the services and supply the materials hereinafter set forth.

2. Scope of Services. The contractor shall perform all of the services and furnish all the materials necessary for deleading the residential unit or structure, as identified in the Lead Paint Testing and Inspections Report prepared by _John Eastman of Environmental Lead Detection Inc_ dated _5-19-97_.

3. License. The contractor warrants that he is duly licensed to perform the services of all lead paint removal by the commonwealth of Massachusetts and shall maintain his license in good standing throughout the term of this Agreement.

4. Time for Performance. The contractor shall, within _10_ calendar days from the date of the Proceed Order, begin actual performance hereunder and all work to be performed by the Contractor shall be completed within _30_ calendar days thereafter. Notwithstanding the aforesaid, the Contractor is excused from the performance time requirement, if during the progress of the work, delay is authorized, in writing, by the owner, delay is caused by any act of neglect of the owner or any of his employees. Work shall be completed on an expedited basis.

5. Proceed Order. It is expressly understood that the contractor shall not commence work until he has received a written proceed properly signed by the owner, which order shall be issued not more than 15 days from execution of this contract.

6. Insurance. The contractor or any authorized sub-contractor shall maintain such insurance as will protect him from claims under workmens compensation acts and other employee benefits act, claims of damages to property which may arise both out of and during operations this contract, whether such operations be by him/herself or by any subcontractor or anyone directly or indirectly employed by either of them. Public liability insurance written for not less that $100,000.00/$200,00.00, one occurrence for injury to persons, and not less that $100,000.00 for damages to property. Certificates of proof of insurance shall be filled with the owner prior to the commencement of work. The contractor shall defend, indemnify and hold harmless the owner from liability and claim damages because of bodily injury, death, property damage, sickness, disease, or loss and expenses arising from contractor's operations under this contract.

7. Changes. It is agreed by the parties hereto that all changes mutually agreed upon shall be in writing and signed by the parties to the contract. Any agreements not signed as heretofore indicated shall be considered null and void.

8. Waiver of Liens. The contractor shall submit the owner a waiver of all mechanic liens and material liens prior to final payment of the consideration set forth hereafter.

9. Compensation. The owner agrees to compensate the contractor

$ __4,800.00__ for service provided herein.

10. Method of Payment. The amount of $ __4,800.00__ will be paid according to the following payment arrangement: forty percent (40%) of the cost shall be paid to the contractor before work commences; forty percent (40%) shall be paid after approximately fifty percent (50%) of the work has been completed; the remaining twenty percent (20%) shall be paid after a Letter of Compliance has been issued to the owner by a Massachusetts Licensed Lead Paint Inspector.

11. Workmanship. The work provided hereunder by the contractor shall be performed in the most sound, workmanlike substantial manner; and all materials used in the construction, rehabilitation, renovating, remodeling and improving, shall be new and unless otherwise expressly set forth in the specifications. All deleading shall be done in strict compliance with M.G.L. C. 111, Section 190-199 as amended and any other relevant provisions and rules and regulations as contained in the Code of Massachusetts Regulations, 460.00 CMR 105 and 454.00 CMR 22. The contractor will agree to complete the work in a manner which will allow the property to pass inspection by clearance wipe method.

12. Defects and Completion. The contractor shall upon completion, provide the owner with a Certificate of Abatement and shall warrant the performance of all work as set forth.

13. **Permits and Licenses.** All permits and licenses necessary for the completion and execution of the work shall be secured and paid for by the contractor. If the contractor observes that the proposed construction is at variance with applicable laws, rules, ordinances, and/or regulations bearing on the conduct of the work, he shall promptly notify the owner in writing. Any necessary change shall be adjusted as provided for in the contract changes in the work. If the contractor knowingly performs work contrary to such laws, ordinances, etc., and without notice to the owner, he/she shall bear all costs arising therefrom. All work shall be performed in conformance with applicable local codes and requirements whether or not covered by Specifications and Drawings from the work.



14. **Default.** In the case of default by the contractor, the owner may procure the articles or services from other source and hold the contractor responsible for any excess cost occasioned thereby.

15. **Termination.** In case the contractor fails to furnish materials or execute work in accordance with the provisions of this contract or fails to proceed with or complete the work within the time limits specified in this contract, or if the provisions of the contract are otherwise violated by the contractor, then in any such case upon the ten (10) days after service of written notice, the violations shall cease or satisfactory arrangement shall be made for its correction; otherwise the contractor, by written notice, may be declared in default and his right to proceed under contract terminated.

In the event the contractor is thus declared to be in default, the owner will proceed to have the work completed with a licensed contractor, shall apply to the cost of having the work completed any money due the contractor under the contract, and the contractor shall be responsible for any damages resulting to the owner by reason of any default.

16. **Notices.** Notices to be given by the owner to the contractor shall be considered given for the purpose of this agreement if mailed by regular mail to the contractor at:

*Architectural Reloading, Inc. — John Hannah*
*5-7 Delaware Dr. #3, Salem NH 03079*
*(800) 966-3509  (603) 890-3591 (FAX)*

17. **Cleanliness.** The contractor shall keep the premises clean and orderly during the course of the work and remove all debris upon completion of the work. Materials and equipment that have been removed and replaced as part of the work shall belong to the contractor.

18. **Access to Utilities.** The owner shall permit the contractor to use, at no cost, existing utilities such as light, heat, power, and water necessary to carrying out completion of the work.

19. Cooperation. The owner shall cooperate with the contractor to facilitate the performance of the work including removal of personal effects as is reasonable.

20. The premises herein shall not be occupied during the course of the construction work undertaken pursuant to this contract.

Date: 7-29-97

Owner: *[signature]*                Contractor: *[signature]*

Signature                            Signature

Richard Winshell               Linda J. Vitta
Name                                 Name

30 Lowkey Dame Rd              5-7 Delaware Dr., Unit #3
Address                              Address

Sutton, MA                           Salem, NH   03079
City/Town                            City/Town

52

# Work Write Up

Date: June 19, 1997          Address: 11-21 Sutton Street
Project: Wunschel                     Northbridge, MA

| Area | Side | Item | Qty | Unit |
|------|------|------|-----|------|

*11 Sutton*

| Area | Side | Item | Qty | Unit |
|------|------|------|-----|------|
| Room #1 | | TRIM: - INSTALL QUARTER ROUND<br>HEPA vacuum and then wipe with 6% TSP solution all baseboard. Install 1/2" x 1/2" quarter round pine molding at baseboard. Caulk all seams. After receiving approval from the inspector, prep, prime and paint new wood and baseboard with acrylic latex paint:<br>BASEBOARD (CAP) | 15* | EA. |
| | A | VINYL CUSTOM REPLACEMENT WINDOW<br>Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb:<br>SASH/MULLIONS | 1 | EA. |
| Room #2 | B | VINYL CUSTOM REPLACEMENT WINDOW<br>Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb:<br>SASH/MULLIONS | 1 | EA. |
| Bathroom | B | VINYL CUSTOM REPLACEMENT WINDOW<br>Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb:<br>SASH/MULLIONS | 1 | EA. |

---

* Quantities are listed for comparison purposes only. In all cases it is the contractors responsibility to verify actual measurements.

# Work Write Up

Date: June 19, 1997  
Project: Wunschel  
Address: 11-21 Sutton Street, Northbridge, MA

| Area | Side | Item | Qty | Unit |
|------|------|------|-----|------|
| Kitchen | | **SCRAPE TO BARE SUBSTRATE** After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex: | | |
| | C | WINDOW APRON/SILL | 1 | EA. |
| | | **TRIM: - REPLACE-WITH LIKE STOCK** Remove, package and dispose of lead painted trim. Repair wall damage due to removal. Install similar pine molding of the same dimensions. Pre, spot prime and top coat with acrylic latex paint: | | |
| | C | WINDOW CASING | 1 | EA. |
| | | LOWER CABINET SHELF | 4 | LF |
| | | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: | | |
| | C | SASH/MULLIONS | 1 | EA. |
| Room #3 | | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: | | |
| | C | SASH/MULLIONS | 1 | EA. |

# Work Write Up

| | |
|---|---|
| Date: June 19, 1997 | Address: 11-21 Sutton Street |
| Project: Wunschel | Northbridge, MA |

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|

*13 Sutton*

**Room #1**

SCRAPE TO BARE SUBSTRATE
After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex:
  A   WINDOW SILL                                                               1   EA.

TRIM: - REPLACE-WITH LIKE STOCK
Remove, package and dispose of lead painted trim. Repair wall damage due to removal. Install similar pine molding of the same dimensions. Pre, spot prime and top coat with acrylic latex paint:
  A   WINDOW CASING                                                             1   EA.

VINYL CUSTOM REPLACEMENT WINDOW
Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb:
  A   SASH/MULLIONS                                                             1   EA.

**Room #2**

TRIM: - REPLACE-WITH LIKE STOCK
Remove, package and dispose of lead painted trim. Repair wall damage due to removal. Install similar pine molding of the same dimensions. Pre, spot prime and top coat with acrylic latex paint:
  A   WINDOW CASING                                                             1   EA.

VINYL CUSTOM REPLACEMENT WINDOW
Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb:
  A   SASH/MULLIONS                                                             1   EA.

# Work Write Up

Date: June 19, 1997  
Project: Wunschel  
Address: 11-21 Sutton Street, Northbridge, MA

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| Bathroom | B | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: SASH/MULLIONS | 1 | EA. |
| Kitchen | C | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: SASH/MULLIONS | 1 | EA. |
| Room #3 | C | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: SASH/MULLIONS | 1 | EA. |

### 17 Sutton

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| Room #1 | A | **SCRAPE TO BARE SUBSTRATE** After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex: WINDOW SILL | 2 | EA. |

# Work Write Up

Date: June 19, 1997  Address: 11-21 Sutton Street
Project: Wunschel            Northbridge, MA

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| | A | **TRIM: - REPLACE-WITH LIKE STOCK** Remove, package and dispose of lead painted trim. Repair wall damage due to removal. Install similar pine molding of the same dimensions. Pre, spot prime and top coat with acrylic latex paint: WINDOW CASING | 2 | EA. |
| | A | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: SASH/MULLIONS | 2 | EA. |
| Room #2 | A | **TRIM: - REPLACE-WITH LIKE STOCK** Remove, package and dispose of lead painted trim. Repair wall damage due to removal. Install similar pine molding of the same dimensions. Pre, spot prime and top coat with acrylic latex paint: WINDOW CASING | 1 | EA. |
| | A | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: SASH/MULLIONS | 1 | EA. |
| Room #3 | C | **SCRAPE TO BARE SUBSTRATE** After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex: WINDOW SILL | 2 | EA. |

# Work Write Up

Date: June 19, 1997  
Project: Wunschel  
Address: 11-21 Sutton Street, Northbridge, MA

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| | C | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: SASH/MULLIONS | 1 | EA. |
| **19 Sutton** | | | | |
| Room #1 | A & D | **MAKE INTACT** Mist defective paint area with 5-10% TSP solution. Scrape all loose paint. Feather edges with a sponge sanding block saturated with a TSP solution. HEPA vacuum all visible debris and dust. When dry, spot prime with fast drying primer and allow to dry, top coat entire surfaces with acrylic latex: LOWER WALLS | 5 | SF |
| | A & D | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: SASH/MULLIONS | 2 | EA. |
| Room #2 | A | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: SASH/MULLIONS | 1 | EA. |

# Work Write Up

Date: June 19, 1997　　Address: 11-21 Sutton Street
Project: Wunschel　　　　　　　　　　Northbridge, MA

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| Hall | | **SCRAPE TO BARE SUBSTRATE**<br>After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. <u>**Door jamb are to be scraped to headers.**</u> Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex: | | |
| | B | DOOR JAMB | 1 | EA. |
| Room #3 | | **DOOR - FLUSH INTERIOR, HOLLOW**<br>Install flush, hollow core, masonite door on existing jamb. Include privacy lockset and 2 butt hinges: | | |
| | A | DOOR | 1 | EA. |
| | | **VINYL CUSTOM REPLACEMENT WINDOW**<br>Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: | | |
| | C | SASH/MULLIONS | 2 | EA. |
| Kitchen | | **VINYL CUSTOM REPLACEMENT WINDOW**<br>Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: | | |
| | D | SASH/MULLIONS | 1 | EA. |

# Work Write Up

| Date: | June 19, 1997 | Address: | 11-21 Sutton Street |
|---|---|---|---|
| Project: | Wunschel | | Northbridge, MA |

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| | | **SCRAPE TO BARE SUBSTRATE** After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex: | | |
| | | LOWER CABINET FRAME | 20 | SF |
| | | DRAWERS | 3 | EA. |
| Bathroom | | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: | | |
| | B | SASH/MULLIONS | 1 | EA. |
| *21 Sutton* | | | | |
| Room #1 | | **VINYL CUSTOM REPLACEMENT WINDOW** Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: | | |
| | A & D | SASH/MULLIONS | 2 | EA. |
| Room #2 | | **DOOR - FLUSH INTERIOR, HOLLOW** Install flush, hollow core, masonite door on existing jamb. Include privacy lockset and 2 butt hinges: | | |
| | C | DOOR | 1 | EA. |

# Work Write Up

| | | | | |
|---|---|---|---|---|
| Date: | June 19, 1997 | Address: | 11-21 Sutton Street | |
| Project: | Wunschel | | Northbridge, MA | |

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| | A | **VINYL CUSTOM REPLACEMENT WINDOW**<br>Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb:<br>SASH/MULLIONS | 1 | EA. |
| Room #3 | C | **VINYL CUSTOM REPLACEMENT WINDOW**<br>Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb:<br>SASH/MULLIONS | 1 | EA. |
| | | **MAKE INTACT**<br>Mist defective paint area with 5-10% TSP solution. Scrape all loose paint. Feather edges with a sponge sanding block saturated with a TSP solution. HEPA vacuum all visible debris and dust. When dry, spot prime with fast drying primer and allow to dry, top coat entire surfaces with acrylic latex:<br>CLOSET SHELVES | 2 | SF |
| Kitchen | D | **VINYL CUSTOM REPLACEMENT WINDOW**<br>Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb:<br>SASH/MULLIONS | 1 | EA. |
| Bathroom | B | **DOOR - FLUSH INTERIOR, HOLLOW**<br>Install flush, hollow core, masonite door on existing jamb. Include privacy lockset and 2 butt hinges:<br>DOOR | 1 | EA. |

## Work Write Up

Date: June 19, 1997  
Project: Wunschel  
Address: 11-21 Sutton Street, Northbridge, MA

| Area | Side | Item | Qty | Unit |
|------|------|------|-----|------|
| | | **VINYL CUSTOM REPLACEMENT WINDOW**<br>Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: | | |
| | D | SASH/MULLIONS | 1 | EA. |
| **Hall** | | **DOOR - FLUSH INTERIOR, HOLLOW**<br>Install flush, hollow core, masonite door on existing jamb. Include privacy lockset and 2 butt hinges: | | |
| | B | DOOR | 1 | EA. |
| **Common Stair** | | **SCRAPE TO BARE SUBSTRATE**<br>After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. <u>Door jamb are to be scraped to headers.</u> Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex: | | |
| | | BASEBOARD (CORNERS) | 1 | EA. |
| | D | DOOR JAMB | 1 | EA. |
| | | **VINYL CUSTOM REPLACEMENT WINDOW**<br>Remove, package and dispose of existing window sash. Remove and dispose of storm windows. Insulate window packets and voids. Wrap exterior jamb and sill with aluminum coil stock and caulk all seams. Field measure and install a PVC, 1 over 1, double hung, double glazed, window with at least a R #-2 rating and 1/2 screen. Replace existing stops with new stock to cover entire window jamb: | | |
| | A | SASH/MULLIONS | 1 | EA. |
| | | **MAKE INTACT**<br>Mist defective paint area with 5-10% TSP solution. Scrape all loose paint. Feather edges with a sponge sanding block saturated with a TSP solution. HEPA vacuum all visible debris and dust. When dry, spot prime with fast drying primer and allow to dry, top coat entire surfaces with acrylic latex: | | |
| | | STRINGER | | EA. |

# Work Write Up

| | |
|---|---|
| Date: June 19, 1997 | Address: 11-21 Sutton Street |
| Project: Wunschel | Northbridge, MA |

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| **B Porch 1st** | | **DOOR EXT - REPLACE METAL PREHUNG** Remove, package & dispose of door, frame & casing. Install a prehung, insulated, 9 light, metal skinned door including magnetic weather striping, interlocking threshold, dead bolt & entrance locksets: | | |
| | D | DOOR | 1 | EA. |
| | D | DOOR CASE/JAMB | 1 | EA. |
| | D | THRESHOLD | 1 | EA. |
| | | **TRIM: - ENCLOSE ALUMINUM** Stabilize surface by wet scrapping loose material and HEPA vacuum. Replace missing or rotten trim with dimensional pine stock. Enclose painted trim with .027 white aluminum breaker stock. Caulk all seams with siliconized acrylic to create a smooth air tight installation: | | |
| | D | KICKBOARD | 1 | EA. |
| | | FLOOR JOIST | 10 | SF |
| | | **SCRAPE TO BARE SUBSTRATE** After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex: | | |
| | | SUPPORT COLUMNS | 5 | EA. |
| | | STAIR TRIM | 30 | LF |
| | | LOWER SUPPORT COLUMNS | 2 | EA. |
| | | **STEPS/LANDING--REPLACE EXTERIOR STRAICASE** Dispose of existing steps and landing. Construct a replacement unit with two 2"x 12" preservative treated pine stringers, 5/4" PTP stepping stock treads, on a solid concrete footer. Frame stairs 3' wide connecting to a 5'x 6' landing, of 2"x 6"s and 2"x 4" deck. Construct a wood handrail on one side 32" above tread nosing. | | |
| | | STAIR SYSTEM | 10 | LF |

# Work Write Up

Date: June 19, 1997          Address: 11-21 Sutton Street
Project: Wunschel                     Northbridge, MA

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| | A | **MAKE INTACT** Mist defective paint area with 5-10% TSP solution. Scrape all loose paint. Feather edges with a sponge sanding block saturated with a TSP solution. HEPA vacuum all visible debris and dust. When dry, spot prime with fast drying primer and allow to dry, top coat entire surfaces with acrylic latex: | | |
| | | LOWER WALLS | 2 | SF |
| | | FLOOR | 20 | SF |
| | | CEILING/JOIST | 25 | SF |
| | | UPPER TRIM | 10 | SF |
| B Porch 2nd | | **DOOR EXT - REPLACE METAL PREHUNG** Remove, package & dispose of door, frame & casing. Install a prehung, insulated, 9 light, metal skinned door including magnetic weather striping, interlocking threshold, dead bolt & entrance locksets: | | |
| | D | DOOR | 2 | EA. |
| | D | DOOR CASE/JAMB | 2 | EA. |
| | D | THRESHOLD | 2 | EA. |
| | | **TRIM: - ENCLOSE ALUMINUM** Stabilize surface by wet scrapping loose material and HEPA vacuum. Replace missing or rotten trim with dimensional pine stock. Enclose painted trim with .027 white aluminum breaker stock. Caulk all seams with siliconized acrylic to create a smooth air tight installation: | | |
| | D | KICKBOARD | 2 | EA. |
| | | **SCRAPE TO BARE SUBSTRATE** After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex: | | |
| | | SUPPORT COLUMNS | 4 | EA. |
| | | STAIR TRIM | 10 | LF |

## Work Write Up

Date: June 19, 1997         Address:   11-21 Sutton Street
Project: Wunschel                        Northbridge, MA

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| | | **STEPS/LANDING--REPLACE EXTERIOR STRAICASE** Dispose of existing steps and landing. Construct a replacement unit with two 2"x 12" preservative treated pine stringers, 5/4" PTP stepping stock treads, on a solid concrete footer. Frame stairs 3' wide connecting to a 5'x 6' landing, of 2"x 6"s and 2"x 4" deck. Construct a wood handrail on one side 32" above tread nosing. | | |
| | | STAIR SYSTEM | 10 | LF |
| | | **MAKE INTACT** Mist defective paint area with 5-10% TSP solution. Scrape all loose paint. Feather edges with a sponge sanding block saturated with a TSP solution. HEPA vacuum all visible debris and dust. When dry, spot prime with fast drying primer and allow to dry, top coat entire surfaces with acrylic latex: | | |
| | | FLOOR | 20 | SF |
| | | CEILING/JOIST | 25 | SF |
| | | UPPER TRIM | 10 | SF |
| *C Porch 1st* | | **DOOR EXT - REPLACE METAL PREHUNG** Remove, package & dispose of door, frame & casing. Install a prehung, insulated, 9 light, metal skinned door including magnetic weather striping, interlocking threshold, dead bolt & entrance locksets: | | |
| | A | DOOR | 1 | EA. |
| | A | DOOR CASE/JAMB | 1 | EA. |
| | A | THRESHOLD | 1 | EA. |
| | | **TRIM: - ENCLOSE ALUMINUM** Stabilize surface by wet scrapping loose material and HEPA vacuum. Replace missing or rotten trim with dimensional pine stock. Enclose painted trim with .027 white aluminum breaker stock. Caulk all seams with siliconized acrylic to create a smooth air tight installation: | | |
| | A | KICKBOARD | 1 | EA. |
| | A | WINDOW CASE/SILL | 1 | EA. |

## Work Write Up

| | |
|---|---|
| Date: June 19, 1997 | Address: 11-21 Sutton Street |
| Project: Wunschel | Northbridge, MA |

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| | | **SCRAPE TO BARE SUBSTRATE** After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. **After clearance from inspector,** seal with primer, top coat entire surfaces with acrylic latex: | | |
| | | SUPPORT COLUMNS | 5 | EA. |
| | | FLOOR EDGE | 10 | LF |
| | | **TRIM: - REPLACE-WITH LIKE STOCK** Remove, package and dispose of lead painted trim. Repair wall damage due to removal. Install similar pine molding of the same dimensions. Pre, spot prime and top coat with acrylic latex paint: | | |
| | | NEWEL POST | 1 | EA. |
| | | **MAKE INTACT** Mist defective paint area with 5-10% TSP solution. Scrape all loose paint. Feather edges with a sponge sanding block saturated with a TSP solution. HEPA vacuum all visible debris and dust. When dry, spot prime with fast drying primer and allow to dry, top coat entire surfaces with acrylic latex: | | |
| | | FLOOR | 20 | SF |
| | | CEILING/JOIST | 50 | SF |
| | | UPPER TRIM | 10 | SF |
| *C Porch 2nd* | | **DOOR EXT - REPLACE METAL PREHUNG** Remove, package & dispose of door, frame & casing. Install a prehung, insulated, 9 light, metal skinned door including magnetic weather striping, interlocking threshold, dead bolt & entrance locksets: | | |
| | A | DOOR | 2 | EA. |
| | A | DOOR CASE/JAMB | 2 | EA. |
| | A | THRESHOLD | 2 | EA. |
| | | **TRIM: - ENCLOSE ALUMINUM** Stabilize surface by wet scrapping loose material and HEPA vacuum. Replace missing or rotten trim with dimensional pine stock. Enclose painted trim with .027 white aluminum breaker stock. Caulk all seams with siliconized acrylic to create a smooth air tight installation: | | |
| | A | KICKBOARD | 1 | EA. |

## Work Write Up

Date: June 19, 1997  
Project: Wunschel  
Address: 11-21 Sutton Street  
Northbridge, MA

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| | | **SCRAPE TO BARE SUBSTRATE** After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex: | | |
| | | SUPPORT COLUMNS | 5 | EA. |
| | | STAIR TRIM | 10 | LF |
| | | FLOOR EDGE | 10 | LF |
| | | **STEPS/LANDING--REPLACE EXTERIOR STRAICASE** Dispose of existing steps and landing. Construct a replacement unit with two 2"x 12" preservative treated pine stringers, 5/4" PTP stepping stock treads, on a solid concrete footer. Frame stairs 3' wide connecting to a 5'x 6' landing, of 2"x 6"s and 2"x 4" deck. Construct a wood handrail on one side 32" above tread nosing. | | |
| | | STAIR SYSTEM | 10 | LF |
| | | FLOOR | 20 | SF |
| | | CEILING/JOIST | 50 | SF |
| | | UPPER TRIM | 10 | SF |
| | | CLOTHES LINE CLEAT | 5 | SF |
| Exterior | | **DOOR EXT - REPLACE METAL PREHUNG** Remove, package & dispose of door, frame & casing. Install a prehung, insulated, 9 light, metal skinned door including magnetic weather striping, interlocking threshold, dead bolt & entrance locksets: | | |
| | A | DOOR | 3 | EA. |
| | A | DOOR CASE/JAMB | 3 | EA. |
| | A | THRESHOLD | 3 | EA. |
| | | **TRIM: - ENCLOSE ALUMINUM** Stabilize surface by wet scrapping loose material and HEPA vacuum. Replace missing or rotten trim with dimensional pine stock. Enclose painted trim with .027 white aluminum breaker stock. Caulk all seams with siliconized acrylic to create a smooth air tight installation: | | |
| | A | KICKBOARD | 2 | EA. |
| | C | DOOR CASE/JAMB | 1 | EA. |

Work Write Up

Date: June 19, 1997  Address: 11-21 Sutton Street
Project: Wunschel              Northbridge, MA

| Area | Side | Item | Qty | Unit |
|---|---|---|---|---|
| | A | **SCRAPE TO BARE SUBSTRATE**<br>After setting up containment, mist defective paint area with 5-10% TSP solution while scraping paint down to bare substrate so that all visible paint film is removed in its entirety. Feather edges and smooth surface with a sponge sanding block saturated with a TSP solution. Rinse and HEPA vacuum all visible debris. After clearance from inspector, seal with primer, top coat entire surfaces with acrylic latex:<br>OVERHANG | 3 | EA. |
| | A | **MAKE INTACT**<br>Mist defective paint area with 5-10% TSP solution. Scrape all loose paint. Feather edges with a sponge sanding block saturated with a TSP solution. HEPA vacuum all visible debris and dust. When dry, spot prime with fast drying primer and allow to dry, top coat entire surfaces with acrylic latex:<br>OVERHANG | 15 | SF |