UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY, : : : : Plaintiffs, : : v. : : AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC., : : : : Defendants : : | CIVIL ACTION NO.: 04-40197FDS |

**AFFIDAVIT OF SERVICE**

I, Christina Schenk-Hargrove, state as follows:

On November 17, 2004, I served the Amended Complaint upon the defendant foreign insurance company, American Safety Risk Retention Group, at the Division of Insurance and at the following addresses and in the following manner:

> William Hunt, Esq.
> Clark, Hunt and Embry
> 55 Cambridge Parkway
> Cambridge, Massachusetts 02142
> *By First Class Mail*

Upon information and belief, Mr. Hunt is counsel for American Safety Risk Retention Group in this matter and agreed to accept service. Signed under the pains and penalties of perjury this 17th day of November 2004.

                                                          /s/ Christina Schenk-Hargrove
                                                           Christina Schenk-Hargrove