# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY, : : : : Plaintiffs, : : v. : : AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC., : : : : Defendants : | CIVIL ACTION NO.: 04-40197FDS |

## AFFIDAVIT OF SERVICE

I, Christina Schenk-Hargrove, state as follows:

      On November 18, 2004, I served the Amended Complaint upon the defendant foreign insurance company, American Safety Risk Retention Group, at the Division of Insurance and at the following addresses and in the following manner:

> William Pratt
> Registered Agent, Architectural Deleading
> 10-12 Delaware Drive
> Salem, NH 03079
>
> *By Certified Mail, Return Receipt Requested*
> *Certificate number: 7003 0500 0002 3278 3666*

Signed under the pains and penalties of perjury this 18th day of November 2004.

                                                                     /s/ Christina Schenk-Hargrove
                                                                      Christina Schenk-Hargrove