UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY, TRUST, RICHARD J. WUNSCHEL and NAUTILUS INSURANCE COMPANY, Plaintiffs <br><br> v. <br><br> AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC., Defendants | CIVIL ACTION NO.: 04-40197-FDS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the defendant, American Safety Risk Retention Group, Inc., with respect to the above-captioned matters.

> Respectfully submitted,
> on behalf of the defendant,
> American Safety Risk Retention
> Group, by their attorneys,
>
> **CLARK, HUNT & EMBRY**
>
> /s/ Armando J. Acosta
> _____
> Armando J. Acosta, BBO # 648242
> 55 Cambridge Parkway
> Cambridge, MA 02142
> (617) 494-1920

Date: February 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2005, I caused copies of the foregoing document to be served on counsel to the parties to this action and on counsel or representatives of the movants for intervention by first class mail.

> /s/ Armando J. Acosta
> _____
> Armando J. Acosta