UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY,<br>Plaintiffs<br><br>v.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC.,<br>Defendants | CIVIL ACTION NO.: 04-40197-FDS |

## SPECIAL APPEARANCE OF COUNSEL FOR ARCHITECTURAL DELEADING, INC.

Please enter my Special Appearance as attorney for defendant, Architectural Deleading, Inc., with regard to the above-captioned matter.

This appearance is filed as a Special Appearance because of the pendency of an action raising the same issues in the Worcester Superior Court as are raised, in part, in this action in this Court. The nature of defenses to be raised in this Court, including jurisdictional, service of process, and pendency of prior action defenses, depend in large part on rulings to be made by the Worcester Superior Court on pending motions to maintain the viability of cross-claims between the parties in that Court which raise issues in part the same as raised in this action in this Court. In the circumstances, fairness and equity should not require that Architectural Deleading file a general appearance and thus submit itself to the jurisdiction of this Court for all purposes.

270470v1

The Defendant,
ARCHITECTURAL DELEADING, INC.

By Its Attorneys,
MORRISON MAHONEY LLP

_____
John F. Burke, Jr., BBO# 065140
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115
(413) 737-4373
(413) 739-3125 (fax)

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on _____.