UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

344 PROVIDENCE ROAD REALTY,
TRUST, RICHARD J. WUNSCHEL
and NAUTILUS INSURANCE COMPANY,
    Plaintiffs

v.

AMERICAN SAFETY RISK RETENTION
GROUP, INC. and ARCHITECTURAL
DELEADING, INC.,
    Defendants

CIVIL ACTION NO.: 04-40197-FDS

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the defendant, American Safety Risk Retention Group, Inc., with respect to the above-captioned matter.

Respectfully submitted,

CLARK, HUNT & EMBRY

William J. Hunt (BBO # 244720)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Date: February 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/15/05.

William J. Hunt (BBO)