UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

344 PROVIDENCE ROAD REALTY )
TRUST, RICHARD J. WUNSCHEL, and )
NAUTILUS INSURANCE COMPANY, )
    Plaintiffs )
     )
v. )    CIVIL ACTION NO.: 04-40197-FDS
     )
AMERICAN SAFETY RISK RETENTION )
GROUP, INC. and ARCHITECTURAL )
DELEADING, INC. )
    Defendants )
     )

NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Architectural Deleading, Inc.,

on the allegations of the Amended Complaint only.

_____
John F. Burke, Jr., BBO# 065140
Morrison Mahoney LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115
(413) 737-4373
(413) 739-3125 (fax)

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney
of record for each (other) party by mail
(by hand) on _____.