UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY,<br>Plaintiffs<br><br>v.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC.<br>Defendants | CIVIL ACTION NO.: 04-40197-FDS |

## MOTION TO AMEND COUNTERCLAIM

The defendant Architectural Deleading, Inc. moves the court, pursuant to Federal Rule of Civil Procedure 15(a), <u>as a matter of course, no responsive pleading having been filed</u>, to amend its counterclaim filed in this matter against all plaintiffs to correct a computer error. As reason, the defendant states that the counterclaim as filed (contained within a pleading captioned "Answer of Defendant Architectural Deleading, Inc. to Amended Complaint, Counterclaim and Jury Demand") is missing two lines in paragraph 5, apparently deleted by computer error. The amended counterclaim restores these two lines.

The defendant prays that the amended counterclaim filed herewith (captioned "Answer of Defendant Architectural Deleading, Inc. to *Amended* Complaint, Amended Counterclaim and Jury Demand") be accepted for filing upon allowance of this motion.

287244v1

The Defendant,
ARCHITECTURAL DELEADING, INC.

By Its Attorneys,
MORRISON MAHONEY LLP

_____
John F. Burke, Jr., BBO# 065140
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115
(413) 737-4373
(413) 739-3125 (fax)

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 3/14/05.

2

287244v1