UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC.,<br><br>　　　　Defendants | CIVIL ACTION NO.: 04-40197-FDS |

**Corporate Disclosure Statement of**
**Nautilus Insurance Company**

In accordance with Local Rule 7.3, Plaintiff Nautilus Insurance Company states that it is a wholly owned subsidiary of Admiral Insurance Company, which is a wholly owned subsidiary of J/I Holding Corporation, which is a wholly owned subsidiary of W. R. Berkley Corporation, a publicly held company.

　　　　　　　　　　　　　　　　　Nautilus Insurance Company,

　　　　　　　　　　　　　　　　　by its attorney,


　　　　　　　　　　　　　　　　　/s/ *Matthew J. Walko*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Matthew J. Walko (BBO No. 562172)
　　　　　　　　　　　　　　　　　SMITH & DUGGAN LLP
　　　　　　　　　　　　　　　　　Two Center Plaza, Suite 620
　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108-1906
　　　　　　　　　　　　　　　　　(617) 228-4400


Dated: March 22, 2005

CERTIFICATE OF SERVICE

    The undersigned certifies service of the foregoing on March 22, 2005, in accordance with Federal Rule of Civil Procedure 5(b)(2)(D) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as all parties, having appeared in this action through counsel admitted to practice before this Court, have been identified by the Clerk as receiving Notice of Electronic Filing.

                                  /s/ *Matthew J. Walko*
                              Matthew J. Walko (BBO No. 562172)