## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC.,<br><br>Defendants | : : : : : : : : : : : : | CIVIL ACTION NO.: 04-40197-FDS |

### Local Rule 16.1(D)(3) Certification of Nautilus Insurance Company

Pursuant to Rule 16.1(D)(3) of the local Rules of the United States District Court of the District of Massachusetts, the plaintiff Nautilus Insurance Company (Nautilus) certifies and affirms that Nautilus and Nautilus's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Nautilus Insurance Company
by,

_____
Michael Kilgas
Vice President, Claims
Nautilus Insurance Company
7273 East Butherus Drive
Scottsdale, AZ 85260

Dated: ___March 22, 2005___

Nautilus Insurance Company
by its attorney,

_____
Matthew J. Walko (BBO No. 562172)
SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: ___March 22, 2005___