UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC., <br><br> Defendants | CIVIL ACTION NO.: 04-40197-FDS |

Local Rule 16.1(D)(3) Certification of
Richard J. Wunschel and 344 Providence Road Realty Trust

Pursuant to Rule 16.1(D)(3) of the local Rules of the United States District Court of the District of Massachusetts, the plaintiff Richard J. Wunschel, individually and as trustee of the 344 Providence Road Realty Trust, certifies and affirms that he and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Richard J. Wunschel and
344 Providence Road Realty Trust
by,

*/s/ Richard J. Wunschel/*
Richard J. Wunschel
50 Lackey Dam Road
East Douglas, Massachusetts 01516

Dated: Mar-24 05

Richard J. Wunschel and
344 Providence Road Realty Trust
by their attorney,

*/s/ Christina Schenk-Hargrove/*
Christina Schenk-Hargrove (BBO # 562172)
SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: 24 March 2005