UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

344 PROVIDENCE ROAD REALTY TRUST, )
RICHARD J. WUNSCHEL, and NAUTILUS )
INSURANCE COMPANY, )
    Plaintiffs )
)
v. ) CIVIL ACTION NO.: 04-40197-FDS
)
AMERICAN SAFETY RISK RETENTION )
GROUP, INC. and ARCHITECTURAL )
DELEADING, INC. )
    Defendants )

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF ARCHITECTURAL DELEADING, INC. THROUGH ITS INSURER, AMERICAN SAFETY RISK RETENTION GROUP, INC.

Pursuant to Rule 16.1(D)(3) of the local Rules of the United States District Court of the District of Massachusetts, the defendant Architectural Deleading, Inc., through its insurer American Safety Risk Retention Group, Inc. certifies and affirms that Architectural Deleading, Inc. (through its insurer American Safety Risk Retention Group, Inc.) and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Architectural Deleading, Inc./American Safety Risk Retention Group, Inc.

_____
Peter Hildebrand
Program Manager
American Safety Insurance Group
1845 The Exchange, Suite 200
Atlanta, GA 30339

Dated: 3/23/05

Architectural Deleading, Inc. as Defendant and as Defendant in Cross-Claim
By Its Attorneys,

_____
John F. Burke, Jr., BBO# 065140
MORRISON MAHONEY LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115
(413) 737-4373
(413) 739-3125 (fax)

Dated: 3/23/05

288080v1

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on ___3/25/05___.