UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY, <br>    Plaintiffs and Counterclaim Defendants <br><br> v. <br><br> AMERICAN SAFETY RISK RETENTION GROUP, INC., <br>    Defendant and Cross-claim and Counterclaim Plaintiff, and <br><br> ARCHITECTURAL DELEADING, INC., <br>    Defendant, Cross-claim Defendant, and Counterclaim Plaintiff | CIVIL ACTION NO.: 04-40197-FDS |

### STIPULATION OF DISMISSAL OF AMENDED COUNTERCLAIM OF ARCHITECTURAL DELEADING, INC. AGAINST 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL AND NAUTILUS INSURANCE COMPANY

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the Amended Counterclaim of Architectural Deleading, Inc. Against 344 Providence Road Realty Trust, Richard J. Wunschel and Nautilus Insurance Company, **ONLY**, be dismissed.

290524v1

| | |
|---|---|
| The Plaintiffs and Counterclaim Defendants, 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY | The Defendant, Cross-claim Defendant, and Counterclaim Plaintiff, ARCHITECTURAL DELEADING, INC. |
| By Their Attorneys, SMITH & DUGGAN LLP | By Its Attorneys, MORRISON MAHONEY LLP |
| _____ Scott A. Smith, BBO#470180 Two Center Plaza Boston, MA 02108 (617) 228-4400 (617) 248-9320 (fax) | _____ John F. Burke, Jr., BBO#065140 1500 Main Street, Suite 2400 P.O. Box 15387 Springfield, MA 01115 (413) 737-4373 (413) 739-3125 (fax) |

2

290524v1