# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY, Plaintiffs, v. AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC., Defendants | CIVIL ACTION NO.: 04-40197-FDS |

## ASSENTED-TO MOTION TO EXTEND TIME

Plaintiffs Richard J. Wunschel ("Wunschel"), 344 Providence Road Realty Trust ("Realty Trust") and Nautilus Insurance Company ("Nautilus") respectfully request an extension of the time for filing their opposition to the "Motion Of Defendant American Safety Risk Retention Group, Inc., For Judgment On The Pleadings." The motion for judgment on the pleadings was filed on April 29, 2005, rendering the plaintiffs' opposition due today, May 13, 2005. The plaintiffs request an extension of time to file their reply by one week, to next Friday, May 20, 2005. Defendant American Safety Risk Retention Group, Inc. ("Risk Retention") assents to this motion.

As grounds for the extension, the plaintiffs state that unexpected, emergency court proceedings related to other matters have made it impossible for counsel to complete the opposition today; the moving party has assented; and no party will be prejudiced by the brief delay.

| The plaintiffs, | The defendant, |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD WUNSCHEL, and NAUTILUS INSURANCE COMPANY | AMERICAN SAFETY RISK RETENTION GROUP, INC. |
| By their attorneys: | By its attorneys: |
| SMITH & DUGGAN LLP | CLARK, HUNT & EMBRY |
| */s/ Christina Schenk-Hargrove* | */s/ Armando Acosta* |
| Matthew J. Walko<br>BBO # 562172<br>Christina Schenk-Hargrove<br>BBO # 645164<br>Two Center Plaza, Suite 620<br>Boston, MA 02108-1906<br>(617) 228-4400 | William J. Hunt<br>BBO No. 244720<br>Armando Acosta<br>BBO No. 648242<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>(617) 494-1920 |

Dated: May 13, 2005

CERTIFICATE OF SERVICE

The undersigned certifies service of the foregoing on May 13, 2005, in accordance with Federal Rule of Civil Procedure 5(b)(2)(D) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as all parties, having appeared in this action through counsel admitted to practice before this Court, have been identified by the Clerk as receiving Notice of Electronic Filing.

      /s/ *Christina Schenk-Hargrove*
      Christina Schenk-Hargrove (BBO No. 645164)