# EXHIBIT 1

# COMMONWEALTH OF MASSACHUSETTS

## Department of Labor & Industries and Department of Public Health

## NOTIFICATION OF DELEADING WORK

All sections of this form must be completed in order to comply
with the notification requirements  of M.G.L. c.111 § 197,
454 CMR 22.00 and 105 CMR 460.000 as most recently amended

FILE NUMBER:_____ (AGENCY USE)

**Contractor performing project** __Architectural Deleading, Inc.__ License # ___DC001006___

Exp.date __10/22/97__

**Lead Paint Inspector** ___John Eastman_____ **License #** __M1184__

Date of Inspection ___5/19/97___

If low-risk deleading work is being performed, complete the following line:

Property owner_____ Agent(s)_____

**Address of Project**

Building Name (if any)_____ Floor _____

Street Address ___11-21 Sutton St._____ Apt. No. __11,13,17,19,21__

City ___Northbridge_____ Zip __01534_____

**Deleading Method:** (Wet/Dry Scraping)  Heat Gun      Caustics

Liquid Encapsulant     Covering    (Demolition)   (Replacement)   Other

If "Other" selected, please explain _____

_____

Check One:     dwelling is multi-family___X___     single family_____

Start date __8/18/97_____ Completion date __9/18/97_____

When will work be done: A.M. __7:00__ P.M. __6:00__ Weekends? __Yes____

Project Supervisor's name __Kevin Sheehan_____ License # __DS003136__

Property Owner __Richard Wunschel_____

Address ___344 Providence RealtyTrust, 30 Lackey Dam Rd._____

City __E. Douglas_____ State __MA_____ Zip __01516__

Telephone __(508) 234-3649_____

In case of emergency contact ___Jerome W. Vitta_____

Phone: day __(800) 966-3509_____ evening __(603) 890-0302_____

(over)

of the date and method(s) of removal or covering of paint, plaster or other accessible material containing dangerous levels of lead is to be provided and must be received by the following persons, at least __ten (10) days prior to__ beginning of deleading.

1.  Occupants of the dwelling unit

2.  All other occupants of the residential premises, if any

3.  Director, Childhood Leading Poisoning Prevention Program                Fax (617) 753-8436
    Department of Public Health, 470 Atlantic Avenue, Boston, MA 02110

4.  Director, Asbestos & Lead Program                                        Fax (617) 727-7568
    Department of Labor & Industries
    Room 11006, 100 Cambridge Street
    Boston, MA 02202

5.  Local Board of Health/Code Enforcement Agency

6.  Massachusetts Historical Commission          (If premises is listed on the State Register
    220 Morrissey Blvd.                           of Historic Places, this notification must be
    Boston, MA 02125                              made upon receipt of an Order to Correct
                                                  Violations or at least 30 days prior to
                                                  initiating preventive deleading)
                                                              Fax (617) 727-5128

## Deleading Contractor

The undersigned hereby states, under the pains and penalties of perjury, that he/she has read and understood the Commonwealth of Massachusetts Deleading Regulations, 454 CMR 22.00 and Leading Poisoning Prevention and Control Regulations, 105 CMR 460.000, and that the information contained in this notification is true and correct to the best of his/her knowledge and belief.

Date    8/4/97          Signed: _Sandra M. Keller_

                        Title: Administrative Assistant

                        Company: Architectural Deleading, Inc.

## Property Owner (If owner or unlicensed owner's agent will be performing low-risk deleading work)

I certify that I have complied with the training requirements of the Commonwealth of Massachusetts Lead Poising Prevention and Control Regulations, 105 CMR 460.175, for owner/agent low-risk abatement and containment.  I further certify that I or my agent will be performing
the following low-risk activities (I have circled all that apply):

    applying liquid encapsulant                capping baseboards

    applying exterior vinyl siding             covering surfaces

    removing doors, cabinet doors, shutters

I certify that all the information contained in this notification is true and correct  to the best of my knowledge and  belief.

Date: _____          Signed: _____

REV 10/12/95