# EXHIBIT 2

COMMERCIAL LINES POLICY
COMMON POLICY RENEWAL DECLARATION
"CERTIFIED COPY"

# NAUTILUS INSURANCE COMPANY
Scottsdale, Arizona

Transaction #

THIS RENEWS POLICY NUMBER: **NC052634-01**

**Named Insured and Mailing Address**
(No., Street, Town or City, County, State, Zip Code)

PROVIDENCE RD REALTY TRUST
DICK WUNSCHEL
30 LACKEY DAM RD
DOUGLAS   MA 01516-

**NOTICE**

This policy is not Protected by The Massachusetts Insurance Guaranty Fund.

**Agent and Mailing Address**   Agency No. 02002 / 00
(No., Street, Town or City, County, State, Zip Code)

AII INSURANCE BROKERAGE OF MA INC
PO BOX 1139
DOUGLAS MA 01516-1139

**NO FLAT CANCELLATION**

A premium charge based on policy conditions will be made, subject to minimum earned premium of $ . Policy fees, inspection fees or filing fees are fully earned at inception. Taxes, if any, will be retained on earned premiums only.

Policy Period: From  09/07/1999  to  09/07/2000  at 12:01 A.M. Standard Time
at your mailing address shown above.

Business Description: APARTMENTS & RESTAURANT (LRO)                 Tax State  MA

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| Coverage | PREMIUM |
|---|---|
| Commercial Property Coverage Part | $ 1,890.00 |
| Commercial General Liability Coverage Part | $ 798.00 |
|  | $ |
|  | $ |

| Tax & Fee Schedule | | |
|---|---|---|
| Policy Fee | $ | TOTAL ADVANCE PREMIUM  $ 2,688.00  (Minimum & Deposit) |
| State Tax | 107.52 | TOTAL TAXES & FEES  $ 182.52 |
| Stamping Fee |  |  |
| INSPECTION | 75.00 | TOTAL  $ 2,870.52 |

The following changes apply to the renewal of this policy (if no entry appears below, there have been no changes):

Policy Forms Deleted:

☐ Common Declaration Policy forms added or amended:
   Refer to S902 (12/98) Schedule of Forms and Endorsements

☒ Revised Coverage Part Declaration attached (if changes apply to a coverage part, a revised Supplementary Declaration must be attached).

All other Terms and Conditions remain unchanged.

---

[Stamp: UND | END | CODE | FILE — K. LINK — DEC -2 1999]

By _____
Countersignature or Authorized Representative, whichever is applicable

Countersigned:  DOUGLAS MA
                11/03/1999   JD

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY
Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc., 1983, 1984

S939 (04/99)                                   HOME OFFICE