# EXHIBIT 1

## COMMONWEALTH OF MASSACHUSETTS

Department of Labor & Industries and Department of Public Health

### NOTIFICATION OF DELEADING WORK

All sections of this form must be completed in order to comply
with the notification requirements of M.G.L. c.111 § 197,
454 CMR 22.00 and 105 CMR 460.000 as most recently amended

FILE NUMBER: _____ (AGENCY USE)

**Contractor performing project** __Architectural Deleading, Inc__ License # __DC001006__

Exp. date __10/22/97__

**Lead Paint Inspector** __John Eastman__   License # __M1184__

Date of Inspection __5/19/97__

If low-risk deleading work is being performed, complete the following line:

Property owner _____ Agent(s) _____

**Address of Project**

Building Name (if any) _____ Floor _____

Street Address __11-21 Sutton St.__   Apt. No. __11,13,17,19,21__

City __Northbridge__   Zip __01534__

Deleading Method: (Wet/Dry Scraping)   Heat Gun   Caustics

Liquid Encapsulant   Covering   (Demolition)   (Replacement)   Other

If "Other" selected, please explain _____

_____

Check One:   dwelling is multi-family __X__   single family _____

Start date __8/18/97__   Completion date __9/18/97__

When will work be done: A.M. __7:00__   P.M. __6:00__   Weekends? __Yes__

Project Supervisor's name __Kevin Sheehan__   License # __DS003136__

Property Owner __Richard Wunschel__

Address __344 Providence RealtyTrust, 30 Lackey Dam Rd.__

City __E. Douglas__   State __MA__   Zip __01516__

Telephone __(508) 234-3649__

In case of emergency contact __Jerome W. Vitta__

Phone: day __(800) 966-3509__   evening __(603) 890-0302__

(over)

of the date and methods(s) of removal of covering or paint, plaster or other accessible materials containing dangerous levels of lead is to be provided and must be received by the following persons, at least **ten (10) days prior to** beginning of deleading.

1. Occupants of the dwelling unit

2. All other occupants of the residential premises, if any

3. Director, Childhood Leading Poisoning Prevention Program      Fax (617) 753-8436
   Department of Public Health, 470 Atlantic Avenue, Boston, MA 02110

4. Director, Asbestos & Lead Program      Fax (617) 727-7568
   Department of Labor & Industries
   Room 11006, 100 Cambridge Street
   Boston, MA 02202

5. Local Board of Health/Code Enforcement Agency

6. Massachusetts Historical Commission      (If premises is listed on the State Register
   220 Morrissey Blvd.                       of Historic Places, this notification must be
   Boston, MA 02125                          made upon receipt of an Order to Correct
                                             Violations or at least 30 days prior to
                                             initiating preventive deleading)
                                                          Fax (617) 727-5128

**Deleading Contractor**

The undersigned hereby states, under the pains and penalties of perjury, that he/she has read and understood the Commonwealth of Massachusetts Deleading Regulations, 454 CMR 22.00 and Leading Poisoning Prevention and Control Regulations, 105 CMR 460.000, and that the information contained in this notification is true and correct to the best of his/her knowledge and belief.

Date ___8/4/97___      Signed: _Sandra M. Keller_

Title: Administrative Assistant

Company: Architectural Deleading, Inc.

**Property Owner** (If owner or unlicensed owner's agent will be performing low-risk deleading work)

I certify that I have complied with the training requirements of the Commonwealth of Massachusetts Lead Poising Prevention and Control Regulations, 105 CMR 460.175, for owner/agent low-risk abatement and containment. I further certify that I or my agent will be performing the following low-risk activities (I have circled all that apply):

- applying liquid encapsulant
- applying exterior vinyl siding
- removing doors, cabinet doors, shutters
- capping baseboards
- covering surfaces

I certify that all the information contained in this notification is true and correct to the best of my knowledge and belief.

Date: _____      Signed: _____

REV 10/12/95