UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY, **Plaintiffs,** | ) ) ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-40197-FDS |
| AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC., **Defendants.** | ) ) ) ) ) ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Architectural Deleading, Inc., with regard to the above-captioned matter.

Respectfully submitted,
ARCHITECTURAL DELEADING, INC.

By Its Attorneys,
MORRISON MAHONEY LLP

Alethea O'Donnell, BBO #637858
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (fax)

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney
of record for each (other) party by mail
(by hand) on