UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY, TRUST, RICHARD J. WUNSCHEL and NAUTILUS INSURANCE COMPANY,<br>　　Plaintiffs<br><br>v.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC.,<br>　　Defendants | CIVIL ACTION NO.: 04-40197-FDS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Kindly withdraw my appearance as counsel for the defendant American Safety Risk Retention Group, Inc., with respect to the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Armando J. Acosta*

　　　　　　　　　　　　　　　　　　　───────────────────────
　　　　　　　　　　　　　　　　　　　Armando J. Acosta (BBO #648242)
　　　　　　　　　　　　　　　　　　　**CLARK, HUNT & EMBRY**
　　　　　　　　　　　　　　　　　　　55 Cambridge Parkway
　　　　　　　　　　　　　　　　　　　Cambridge, MA 02142
　　　　　　　　　　　　　　　　　　　(617) 494-1920

Dated:  August 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2005, I caused copies of the foregoing document to be served on counsel to the plaintiffs and co-defendant by first class mail.

/s/ Armando J. Acosta
Armando J. Acosta