UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC.,<br><br>Defendants | CIVIL ACTION NO.<br>04-40197-FDS |

**JOINT STIPULATION TO EXTEND FACT DISCOVERY
DEADLINE BY THIRTY DAYS**

The parties agree and stipulate to extend the Phase I deadline for the completion of fact discovery by thirty days to October 31, 2005, pursuant to section 1(b) of the Procedural Provisions of the Court's March 29, 2005, Scheduling Order. The parties request the opportunity to discuss further potential modification of the Scheduling Order at the court's status conference scheduled for October 12, 2005 at 3:00 p.m.

| The plaintiffs, | The defendants, |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD WUNSCHEL, and NAUTILUS INSURANCE COMPANY | AMERICAN SAFETY RISK RETENTION GROUP, INC. |
| By their attorneys | By its attorneys |
| SMITH & DUGGAN LLP | CLARK, HUNT & EMBRY |

/s/ Matthew J. Walko

Matthew J. Walko (BBO #562172)
Two Center Plaza
Boston, MA 02108-1906
(617) 228-4400

William J. Hunt (BBO #244720)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

ARCHITECTURAL DELEADING, INC.

By its attorneys

MORRISON MAHONEY LLP

John F. Burke, Jr. (BBO #065140)
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115
(413) 737-4373

September 29, 2005

CERTIFICATE OF SERVICE

The undersigned certifies service of the foregoing on September 29, 2005, in accordance with Federal Rule of Civil Procedure 5(b)(2)(D) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as all parties, having appeared in this action through counsel admitted to practice before this Court, have been identified by the Clerk as receiving Notice of Electronic Filing.

/s/ *Matthew J. Walko*
Matthew J. Walko (BBO No. 562172)