UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

344 PROVIDENCE ROAD REALTY TRUST,
RICHARD J. WUNSCHEL, and NAUTILUS
INSURANCE COMPANY,

    Plaintiffs,

v.

AMERICAN SAFETY RISK RETENTION
GROUP, INC. and ARCHITECTURAL
DELEADING, INC.,

    Defendants

CIVIL ACTION NO.
04-40197-FDS

**JOINT STIPULATION TO EXTEND THE TIME FOR EXPERT DISCLOSURES
AND PHASE II DISCOVERY BY 30 DAYS**

Section 1(b) of the Procedural Provisions of the Court's March 29, 2005, Scheduling Order provides that the "parties may extend the final deadline for fact discovery or the deadline for expert discovery for a combined total of up to 30 days by mutual written agreement filed with the court." The parties agree and stipulate to extend the deadlines set forth in the Court's October 12, 2005 revised scheduling order by thirty days as follows: Plaintiff's expert disclosures shall be due on or before April 24, 2006, Defendant's expert disclosures shall be due on or before May 24, 2006, and Phase II discovery and expert depositions shall be completed on or before July 7, 2006.

| The plaintiffs, | The defendants, |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD WUNSCHEL, and NAUTILUS INSURANCE COMPANY | AMERICAN SAFETY RISK RETENTION GROUP, INC. |
| By their attorneys | By its attorneys |
| SMITH & DUGGAN LLP | CLARK, HUNT & EMBRY |

_____
Matthew J. Walko (BBO #562172)
Two Center Plaza
Boston, MA 02108-1906
(617) 228-4400

_____
William J. Hunt (BBO #244720)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

ARCHITECTURAL DELEADING, INC.

By its attorneys

MORRISON MAHONEY LLP

_____
John F. Burke, Jr. (BBO #065140)
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115
(413) 737-4373

March 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) on 3-24-06