

1330.033 VW PHO 7.



1330.033 VW PHO 8.



1330.033 VW PHO 9.



1330.033 VW PHO 10.



1330.033 VW PHO 11.



1330.033 VW PHO 12.







1330.033 VW PHO 14.



1330.033 VW PHO 15.



1330.033 VW PHO 16



1330.033 VW PHO 17



1330.033 VW PHO 18



1330.033 VW PHO 19



1330.033 VW PHO 20



1330.033 VW PHO 22.



1330.033 VW PHO 21.



1330.033  VW  PHO 2:



