





1330.033 VW PHO 30.



1330.033 VW PHO 31.



1330.033 VW PHO 32.



1330.033 VW PHO 33.



1330.033 VW PHO 34.



1330.033 VW PHO 35.



1330.033 VW PHO 36.



1330.033 VW PHO 37.



1330.033 VW PHO 38.



1330.033 VW PHO 39.



1330.033 VW PHO 40.



1330.033 VW PHO 41.



1330.033 VW PHO 42.



1330.033 VW PHO 43.



1330.033 VW PHO 44.



1330.033 VW PHO 45.

*Sullivan Code Group*
R. W. Sullivan Engineering

A. Vernon Woodworth, AIA, LEED
Associate

| | |
|---|---|
| EDUCATION | Harvard Divinity School - M.T.S. 1985<br>Boston Architectural Center - Boston, MA<br>New College - Sarasota, FLA \ B. A. Urban Design 1974 |
| PROFESSIONAL REGISTRATIONS | Massachusetts Architectural Registration #8197 |
| PROFESSIONAL ASSOCIATIONS | Chair, AIA Codes Committee 2005<br>Chair, Boston Society of Architects Codes Committee<br>Building Officials and Code Administrators - Certified Local Inspector<br>Massachusetts Commissioners and Building Inspectors Association<br>American Institute of Architects |

PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1999-Present | Code Consultant<br>Sullivan Code Group |
| 1997 - 1999 | Plan Examiner<br>Inspectional Services Department<br>City of Boston |
| 1995 - 1997 | Project Architect<br>Capital Design and Construction<br>Boston Housing Authority |
| 1993 - 1995 | Building Inspector<br>Inspectional Services Department<br>City of Boston |
| 1984 - 1993 | Principal<br>A. Vernon Woodworth, Architect |
| 1983 - 1984 | Skidmore Owings & Merrill<br>Boston, MA |
| 1979 - 1983 | Eisenberg - Haven Associates<br>Boston, MA |
| 1978 - 1979 | LeMessurier Associates<br>Cambridge, MA |

*A. Vernon Woodworth, AIA, LEED*
*Curriculum Vitae*
*Page 2*

**PUBLICATIONS**

"Ritual Theater and the City"
*Architecture Boston*
Winter 2001

"*Spirit Matters*"
*Architecture Boston*
Winter 2003

Editor,
Sullivan Code Group *Newsletter*
1999 – Present

"Building by the Water"
*Remodeling News* – June 1993

"Raise the Roof"
*Remodeling News* – March 1993

"Real Estate 101"
*Remodeling News* – February 1993

"Post and Beam Gets a New Twist"
*Remodeling News* – November 1992

"Steps to Successful Stairs"
*Remodeling News* – September 1992

"Video: A Remodelor's Tool"
*Remodeling News* – March 1992

"Architecture and the Anima Mundi: Transformations in Sacred Space"
*The Journal of Archetypal Psychology* – Spring 1989

"Revisioning Architecture"
*Intouch* - 1984

# A. Vernon Woodworth AIA

Sullivan Code Group
529 Main Street Suite 203
Boston, MA 02129

**Testimony At Trials:**

    Janice Ethier v. Adele Papaethemiou and Sofirios Papaethemiou
    Essex Superior Court

    Garcia v. BHA
    Suffolk Superior Court

    Parrent v. Fall River Housing Authority
    Bristol Superior Court

    Ohm Criminal Trial
    Roxbury Division
    Boston Municipal Court Department

**Depositions:**

    Garcia v. BHA

    Deborah Kram v. The Hamilton Co. and 1101 Beacon Associates

    Joan Barney v. EIG Swansee Crossing

J:\7695-00\Correspondence\Vernon Woodworth AIA.doc