UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY, <br>     Plaintiffs <br><br> v. <br><br> AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC. <br>     Defendants | CIVIL ACTION NO.: 04-40197-FDS |

## LOCAL RULE 7.1 CERTIFICATION

In compliance with Local Rule 7.1, defendant's counsel, John F. Burke, Jr., conferred with the plaintiffs through their attorney Matthew Walko in an attempt in good faith to resolve or narrow the issue that is the subject of defendants' Motion for Leave to Contact and Identify Expert Witnesses. The parties were unable to reach agreement.

The Defendant,
ARCHITECTURAL DELEADING, INC.

By Its Attorneys,
MORRISON MAHONEY LLP

_____
John F. Burke, Jr., BBO# 065140
MORRISON MAHONEY LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115
(413) 737-4373
(413) 739-3125 (fax)

I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on _____.