UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

344 PROVIDENCE ROAD REALTY
TRUST, RICHARD J. WUNSCHEL,
and NAUTILUS INSURANCE COMPANY,

  Plaintiffs,

v.            CIVIL ACTION NO. 04-40197-FDS

AMERICAN SAFETY RISK RETENTION
GROUP, INC. and ARCHITECTURAL
DELEADING, INC.,

  Defendants

## ASSENTED-TO MOTION FOR 7-DAY EXTENTION OF TIME TO RESPOND TO MOTION FOR LEAVE TO CONTACT AND IDENTIFY EXPERT WITNESS

Plaintiffs Richard J. Wunschel, 344 Providence Road Realty Trust and Nautilus Insurance Company respectfully request an extension of the time for filing a response to the "Motion Of Defendant, Architectural Deleading, Inc., For Leave To Contact And Identify Expert Witness" (Docket No. 48) by seven days from June 7, 2006 to June 13, 2006. Fed. R. Civ. P. 6(b)(1). Counsel for moving party, Defendant Architectural Deleading, Inc. ("ADI") has assented to this motion as has counsel for Defendant American Safety Risk Retention Group, Inc. Plaintiffs and ADI are engaged in negotiations regarding a potential framework under which the parties would be able to resolve the issues raised by ADI's motion by stipulation. Given the content of discussions thus far the likelihood of an agreement seems probable although important specifics need to be hammered out. The short extension requested would provide counsel sufficient time in light of current scheduling conflicts to reduce the terms of a proposed stipulation to writing and present it to the Court for approval. The proposed extension will help

avoid unnecessary motion practice, conserve judicial resources that would otherwise be spent on resolving unique issues raised in ADI's motion, and promote the interests of justice by allowing the parties a fair opportunity to resolve their disagreement in good faith. Local Rule 7.1(A)(2). Further, all parties have assented to the requested extension of time so no party will be prejudiced. For good cause show, Plaintiffs request that their assented-to motion be allowed.

| RESPECTFULLY SUBMITTED: | ASSENTED TO: |
|---|---|
| The plaintiffs,<br>344 PROVIDENCE ROAD REALTY TRUST,<br>RICHARD WUNSCHEL, and NAUTILUS<br>INSURANCE COMPANY | The defendant,<br>ARCHITECTURAL DELEADING, INC. |
| By their attorneys: | By its attorneys: |
| SMITH & DUGGAN LLP | MORRISON MAHONEY LLP |
| *[signature]*<br>Matthew J. Walko (BBO No. 562172)<br>Two Center Plaza, Suite 620<br>Boston, MA 02108-1906<br>(617) 228-4400<br><br>Dated: June 7, 2006 | *[signature]*<br>John F. Burke, Jr. (BBO No. 065140)<br>1500 Main Street, Suite 2400<br>PO Box 15387<br>Springfield, MA 01115<br>(413) 737-4373<br>Dated: June 7, 2006 |

The defendant,
AMERICAN SAFETY RISK RETENTION GROUP, INC.

By its attorneys:

CLARK, HUNT & EMBRY

*[signature]*
William J. Hunt (BBO No. 244720)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920
Dated: June 7, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies service of the foregoing on June 7, 2006, in accordance with Federal Rule of Civil Procedure 5(b)(2)(D) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as all parties, having appeared in this action through counsel admitted to practice before this Court, have been identified by the Clerk as receiving Notice of Electronic Filing.

/s/ *Matthew J. Walko*
Matthew J. Walko (BBO No. 562172)