UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 344 PROVIDENCE ROAD REALTY TRUST, RICHARD J. WUNSCHEL, and NAUTILUS INSURANCE COMPANY, Plaintiffs, <br><br> v. <br><br> AMERICAN SAFETY RISK RETENTION GROUP, INC. and ARCHITECTURAL DELEADING, INC., Defendants. | CIVIL ACTION NO. 04-40197-FDS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs 344 Providence Road Realty Trust, Richard J. Wunschel, and Nautilus Insurance Company and Defendants American Safety Risk Retention Group, Inc. and Architectural Deleading, Inc. by and through counsel jointly stipulate and agree that this action is hereby dismissed with prejudice, with each party to bear its own costs and with all rights of appeal waived.

The plaintiffs,
344 PROVIDENCE ROAD REALTY TRUST, RICHARD WUNSCHEL, and NAUTILUS INSURANCE COMPANY
By their attorneys:
SMITH & DUGGAN LLP

_____
Matthew J. Walko (BBO No. 562172)
Two Center Plaza, Suite 620
Boston, MA 02108-1906
(617) 228-4400

The defendant,
AMERICAN SAFETY RISK RETENTION GROUP, INC.

By its attorneys:
CLARK, HUNT & EMBRY

_____
William J. Hunt (BBO No. 244720)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

The defendant,
ARCHITECTURAL DELEADING, INC.
By its attorneys:
MORRISON MAHONEY LLP

_____
John F. Burke, Jr. (BBO No. 065140)
1500 Main Street, Suite 2400
PO Box 15387
Springfield, MA 01115
(413) 737-4373

Dated: October 17, 2006